[No. 6087–0–III.  Division Three.  July 12, 1984.]

THE STATE OF WASHINGTON, *Respondent,* v. ALTON
N. FILAN, ET AL, *Appellants.*

Appeal from a judgment of the Superior Court for Walla
Walla County, No. 83–2–00288–6, Yancey Reser, J., entered
September 23, 1983. *Affirmed* by unpublished opinion per
Munson, C.J., concurred in by Green and Thompson, JJ.

[No. 5717–8–III.  Division Three.  July 12, 1984.]

FRANK TIEGS, *Respondent,* v. BRUCE W. CONE,
*Appellant.*

Appeal from a judgment of the Superior Court for Ben-
ton  County,  No.  82–2–01100–0,  Albert  J.  Yencopal,
J., entered February 17, 1983. *Affirmed* by unpublished
opinion per Green, J., concurred in by Munson, C.J., and
Thompson, J.

[No. 5566–3–III.  Division Three.  July 12, 1984.]

RICHARD JONES, *Respondent,* v. CRYIN' IN THE
STREETS RECORDS CO., INC., ET AL,
*Appellants.*

Appeal from a judgment of the Superior Court for Ben-
ton County, No. 82–2–00142–0, Robert S. Day, J., entered
November 29, 1982. *Affirmed* and *remanded* by unpub-
lished per curiam opinion.